Greg W. Garrotto, State Bar #89542
LAW OFFICES OF GREG W. GARROTTO
1925 Century Park East, Suite 2000
Los Angeles, California 90067
Telephone (310) 229-9200
Fax: 310-229-9209
E-Mail: jjggarrotto@msn.com

Attorneys for Plaintiff
Richard Bernal

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BERNAL, | ) Case No. |
| | ) |
| | ) COMPLAINT FOR DAMAGES |
| Plaintiff, | ) BASED ON: |
| v. | ) |
| | ) 1) VIOLATIONS OF CIVIL RIGHTS |
| CITY OF GLENDORA, a public entity; | ) (42 U.S.C. 1983 et. seq.) |
| CITY OF GLENDORA POLICE | ) 2) ASSAULT AND BATTERY |
| DEPARTMENT, an agency of the City | ) 3) INTENTIONAL INFLICTION OF |
| of Glendora; | ) EMOTIONAL DISTRESS |
| DOES 1-10 | ) |
| | ) DEMAND FOR JURY TRIAL |
| Defendants | ) |
| | ) |

_____

**JURISDICTION**

1.  This Court has jurisdiction of the within matter as this Complaint is

based on violations of Title 42 U.S.C. Section 1983 in that the Plaintiff is seeking

redress for violations of his Civil Rights guaranteed under the 4th and 14th Amendments to the United States Constitution, to wit; protection against unlawful search and seizure; and, deprivation of life and liberty without due process of law.

## GENERAL ALLEGATIONS

1.  Plaintiff, Richard Bernal is at all times mentioned in this Complaint a resident of the County of Los Angeles, California.

2.  Plaintiff is informed and believes and thereon alleges that at all times Defendant City of Glendora was a public entity and that the Defendant City of Glendora Police Department was an agency of the Defendant City of Glendora, a public entity.  The Defendant City of Glendora was and now is a Municipal Corporation or agency organized and existing by virtue of the laws and Constitution of the State of California.

3.  Plaintiff is informed and believes and thereon alleges that Defendants Does 1-10 are public employees and police officers who are members of the City of Glendora Police Department which is a part of and adjunct to the Defendant City of Glendora.

4.  At all times mentioned herein, Defendants Does 1-10 were acting in the course and scope of their employment with the Defendants City of Glendora and City of Glendora Police Department and therefore said Defendants are liable for the acts of  Does 1-10 under the doctrine of respondeat superior.

COMPLAINT FOR DAMAGES/DEMAND
FOR JURY TRIAL

5.  Plaintiff is presently unaware of the true names and capacities of those defendants sued herein as Does 1-10 Inclusive, and therefore sues said defendants by such fictitious names.  Plaintiff will amend the within complaint to state the true names and identities of such defendants when the same have been ascertained. Each of the fictitiously named defendants herein is in some way legally responsible for the events and happenings as described below.

6.  Plaintiff is further informed and believes, and thereon alleges, that each of the defendants herein was the agent, employee and or co-venturer of each of the other defendants herein, and, at all material times, were acting herein within the course and scope of such relationship(s).

7.  On May 23, 2020, Plaintiff was falsely detained,  arrested and charged with driving under the influence of a controlled substance in the City of Glendora by Does 1-10.   There in fact was no reasonable suspicion nor probable cause to stop and or detain him. Said stop was in violation of the applicable law and in violation of the rights of Plaintiff..   At the time of said traffic stop and subsequent detention and arrest, said Defendants were acting in the course and scope of their employment with the Defendant City of Glendora Police Department, an agency of the City of Glendora.

8.  At the time of the incident in question, the Plaintiff was in his vehicle traveling on Route 66 in his white delivery van.  Plaintiff came upon a caravan of

COMPLAINT FOR DAMAGES/DEMAND
FOR JURY TRIAL

two vehicles traveling very slowly in the same direction.  The driver of the second

vehicle in line repeatedly honked his horn at the vehicle in front.  As he

approached the two vehicles, Plaintiff honked his horn but the front vehicle

continued to move very slowly.  At that point, the Plaintiff bypassed said vehicles

on the right and continued on his way.

9.  The Plaintiff continued for approximately three blocks to his destination,

an auto shop where he was to deliver ordered auto parts.  As Plaintiff arrived at the

shop, and before the Plaintiff could alight from his van, Doe 1 screamed at him to

get out of his vehicle, in fact pulled him out of his vehicle, pushed him and told

him to sit on the ground.  Doe 1 thereupon gave him a sobriety test which he said

that he failed but he in fact passed.  Plaintiff was then arrested and taken to the

City of Glendora Police Station.  When he arrived at the station, Doe 1 came

behind him, put his arm under Plaintiff's armpit to the back of Plaintiff's head and

was then kicked and pushed Plaintiff  into the detention room such that Plaintiff

fell and suffered injuries.

10.  In this acts, Defendant was accompanied by Does 2-10 who provided

aid to Doe 1 and or ratified and approve his actions.

11.  Plaintiff was subject to a unlawful search and seizure.  The detention

and arrest was without reasonable suspicion and or probable cause.  The use of

excessive and unlawful force without legal justification deprived Plaintiff of his

COMPLAINT FOR DAMAGES/DEMAND
FOR JURY TRIAL

liberty without due process of law. His civil rights guaranteed by Federal Law were violated.

12.  As a result of said unlawful conduct on the part of Defendants, the Plaintiff was unlawfully and without reason injured and sustained other damages and sustained special and general damages in such amounts according to proof at the time of trial.

**FIRST CAUSE OF ACTION FOR DEPRIVATION OF RIGHTS UNDER COLOR OF STATE LAW (42 U.S.C., 1983, 1988) AS TO ALL DEFENDANTS**

13.   Plaintiff herein incorporates paragraphs 1 through 12 as through set forth within this cause of action.

14.   This is a cause of  action for deprivation of constitutional rights under color of state law brought pursuant to the recodification of section 1979 of the Civil Rights Act of 1871, Title 42 U.S.C. §1983, for remedies for Defendants' deprivation of Plaintiff's civil rights.  Plaintiff alleges that Defendants, each and all of them,  have deprived Plaintiff of his civil rights by subjecting him to (1) unreasonable search and seizure without due process of law, in violation of his rights guaranteed under the 4th Amendment to the Constitution of the United States of America; and (2) depriving him of life and liberty without due process of law in violation of the 14th Amendment to the Constitution of the United States of

COMPLAINT FOR DAMAGES/DEMAND FOR JURY TRIAL

America.

15.  The Defendants and each of them, acted with deliberate indifference which knowingly subjected the Plaintiff to acts and injuries that constituted an unreasonable search and seizure and deprivation of life and liberty,   all in violation of the Plaintiff's rights guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution.  By this action, Plaintiff seeks all legal and equitable relief to which he may be entitled, including but not limited to compensatory and punitive damages, attorneys fees and costs, prejudgment interest and injunctive relief against Defendants and each of them.

16.  At all times hereinafter mentioned, Defendants Officers  Does 1-10 and each of them,  were acting as the agents and/or employees of the Defendants City of Glendora and the City of Glendora Police Department, and in doing all of the things aforementioned were acting under color of their authority as such, and under color of the statutes, ordinances, regulations, customs and usages of the Defendant City of Glendora and City of Glendora Police Department.

17.  Upon information and belief, the Defendants Officers Does 1-10, and each of them, were acting according to and/or were implementing an official policy, rule, custom or usage promulgated or approved by an official body of the Defendants City of Glendora and City of Glendora Police Department by which all defendants  deprived persons of their constitutionally and legally granted rights

COMPLAINT FOR DAMAGES/DEMAND
FOR JURY TRIAL

with regard to be protected from unreasonable search and seizure and deprivation of life and liberty.   The action of defendants in following official policies, rules, regulations, customs or practices deprived Plaintiff of his constitutional rights guaranteed under the Fourth and Fourteenth Amendments to the U.S. Constitution which prohibit a deprivation of life and liberty without due process of law.

18.  At the time of said arrest of May 23, 2020, Defendants 1-10 knew that there was no legal justification nor justification of law enforcement to detain and or arrest Plaintiff and to use excessive force.  Said Defendants further knew that there was no consent by Plaintiff.  The Defendants have no qualified immunity for their actions in that it was reasonably clear to the Defendants that their actions were unlawful.

19.  The City of Glendora and the City of Glendora Police Department further knew that the officers of said police department were not properly trained to either identify persons who might be under the influence and evaluate the facts and circumstances for the purpose of determining whether there was reasonable suspicion and or probable cause to detain and or arrest persons.  The failure to properly train officers such as Does 1-10 in fact through the course of time, became a custom and or practice of said Defendants, constituting a defacto policy.

20.  The actions of the defendants and each of them deprived the Plaintiff of his constitutional rights guaranteed under the Fourth Amendment to the United

COMPLAINT FOR DAMAGES/DEMAND FOR JURY TRIAL

States Constitution which prohibit unlawful search and seizure.

21. By reason of the Defendants' conduct, Plaintiff was deprived of rights, privileges and immunities secured to him by the Constitution of the United States and the laws thereunder in that said arrest deprived the Plaintiff of life and liberty without due process that is guaranteed under the Fourteenth Amendment to the United States Constitution.

22. As a result of the Defendants' actions against Plaintiff, as alleged above, Plaintiff has been harmed in that Plaintiff has sustained great physical and mental pain and suffering and special and general damages, all in amounts according to proof at the time of trial.

23. The above recited action of Defendants in depriving Plaintiff of his constitutionally protected rights were done with evil motive or intent, or with reckless, callous and deliberate indifference to cause Plaintiff unnecessary and wanton infliction of pain.

**SECOND CAUSE OF ACTION FOR ASSAULT AND BATTERY AGAINST ALL DEFENDANTS**

24. Plaintiff herein incorporates by reference all allegations of Paragraphs 1-23 as though set forth in full.

25. The Plaintiff filed a Governmental Tort Claim for Damages pursuant to California Government Code Section 900 et. seq. as to the named Defendants.

COMPLAINT FOR DAMAGES/DEMAND
FOR JURY TRIAL

Said Claim has been rejected.

26.  Defendants Officers Does 1-10 at the time noted herein unlawfully assaulted and battered the Plaintiff; said contact being unconsented to.  The Defendant City of Glendora, as the employer of Defendants  Does 1-10, had advanced knowledge of their unfitness and or ratified their acts or knew that such unlawful acts were foreseeable to occur in the ordinary course and scope of the employment of said Defendants which imputes vicarious liability onto the Defendant City of Glendora under the doctrine of respondeat superior as set forth in Government Code Section 815.2(a).  Said Defendant City of Glendora is not immune from liability.

27.  The Plaintiff suffered grievous injuries and damages as a result of the wrongful conduct of Defendants and as a consequence sustained pain, suffering and general damages in amounts that are within the jurisdictional limit of this court.

**THIRD CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AS TO ALL DEFENDANTS**

28.  The Plaintiff herein incorporates by reference all allegations of Paragraphs 1-27 as though set forth in full.

29.  The actions of Defendants and each of them constituted outrageous conduct and were beyond the bounds of civilized conduct.  Said conduct was for

COMPLAINT FOR DAMAGES/DEMAND
FOR JURY TRIAL

the purpose of demeaning and causing injury to persons in the position of Plaintiff.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them as follows:

1. For general damages in an amount according to proof;

2. For other special damages according to proof;

3. For Punitive Damages against the individual Defendants in an amount appropriate to punish Defendants Officers Does 1-10 for their wrongful conduct and set an example for others;

4. For reasonable attorney fees pursuant to Title 42 U.S.C. Section 1988;

6. For such other and further relief as the Court may deem just and proper.

Dated: 3/19/2021        LAW OFFICES OF GREG W. GARROTTO

/s/ Greg W. Garrotto
GREG W. GARROTTO

COMPLAINT FOR DAMAGES/DEMAND
FOR JURY TRIAL

## **DEMAND FOR JURY TRIAL**

The Plaintiff demands a trial by jury as to all claims so triable as of right.

Dated:      3/19/2021            LAW OFFICES OF GREG W. GARROTTO

/s/ Greg W. Garrotto
GREG  W. GARROTTO

COMPLAINT FOR DAMAGES/DEMAND
FOR JURY TRIAL