UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BERNAL,<br><br>    Plaintiff,<br><br>vs.<br><br><br>CITY OF GLENDORA, a public entity; CITY OF GLENDORA POLICE DEPARTMENT, an agency of the City of Glendora; DOES 1-10,<br><br>    Defendants. | No. 2:21-CV-02459-RGK-AS<br><br>[Honorable R. Gary Klausner]<br><br>**JUDGMENT**<br><br>Date: March 14, 2022<br>Time: 9:00 a.m.<br>Crtrm: 850<br><br>Complaint Filed: March 19, 2021<br>FAC Filed: August 13, 2021 |

  After consideration of Defendants City of Glendora, City of Glendora Police Department, Stephen Hauck, and Tim Kral Motion for Summary Judgment or, in the alternative, Partial Summary Judgment, any argument of counsel and the files and records in this matter, and WITH GOOD CAUSE SHOWING:

**IT IS HEREBY ORDERED:**

1. That Defendants City of Glendora's, Stephen Hauck's, and Tim Kral's motion is granted in its entirety; and
2. That judgment be entered in favor of Defendants City of Glendora, City of Glendora Police Department, Stephen Hauck, and Tim Kral and against Plaintiff Richard Bernal.
3. All dates are vacated and clerk shall close this case.

IT IS SO ORDERED.

DATED April 8, 2022

*[signature: Gary Klausner]*

Hon. R. Gary Klausner
United States District Judge